# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**ANDREW PAVLICEK**

        **Plaintiff,**

vs.                                                              **Case No.: 19-cv-41**

**ANDREW SAUL,**
    **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

    *Notice is hereby given* that Andrew Pavlicek, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 1, 2020 and the judgment dated May 1, 2020 by Federal Magistrate Judge Stephen L. Crocker which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

    Dated this 14th day of May, 2020.

                                                        **DUNCAN DISABILITY LAW, S.C.**
                                                        Attorneys for the Plaintiff

                                                        /s/ Dana W. Duncan
                                                        _____
                                                        Dana W. Duncan
                                                        State Bar I.D. No. 01008917
                                                        555 Birch St
                                                        Nekoosa, WI 54457
                                                        (715) 423-4000